**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>NESTLE PREPARED FOODS,  )<br>)<br>Respondent.  ) | C.A. No. 11-MC-358-JMH-REW |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OF THE EQUAL EMPLOYMENT ADVISORY COUNCIL AND CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA IN OPPOSITION TO APPLICATION FOR ORDER TO SHOW CAUSE AND IN SUPPORT OF RESPONDENT NESTLE PREPARED FOODS**

1. The Equal Employment Advisory Council (EEAC) is a nationwide association of employers organized in 1976 to promote sound approaches to the elimination of employment discrimination. Its membership includes approximately 300 of the nation's largest private sector companies, collectively providing employment to close to 19 million people throughout the United States. EEAC's directors and officers include many of industry's leading experts in the field of equal employment opportunity. Their combined experience gives EEAC a unique depth of understanding of the practical and legal considerations relevant to the proper interpretation and application of equal employment policies and requirements. EEAC's members are firmly committed to the principles of nondiscrimination and equal employment opportunity.

2. The Chamber of Commerce of the United States of America (Chamber) is the world's largest business federation, representing more than 300,000 direct members and an

underlying membership of more than three million businesses and trade and professional organizations of every size and in every industry section and geographic region of the country. An important function of the Chamber is to represent the interests of its members by filing *amicus* briefs in cases involving issues of vital concern to the business community.

   3. *Amici's* members are employers or representatives of employers that are subject to Title II of the Genetic Information Nondiscrimination Act (GINA), 42 U.S.C. §§ 2000ff *et seq.*, Title VII of the Civil Rights Act (Title VII) of 1964, 42 U.S.C. §§ 2000e *et seq.*, the Americans with Disabilities Act (ADA) of 1990, as amended, 42 U.S.C. §§ 12101 *et seq.*, as well as other labor and employment statutes and regulations. *Amici's* members have a direct and ongoing interest in the issues presented in this matter regarding the U.S. Equal Employment Opportunity Commission's (EEOC) authority to compel the production of evidence that is not relevant to the particular charge under investigation.

   4. *Amici* seek to assist the Court by highlighting the impact its ruling may have beyond the immediate concerns of the parties. Accordingly, this brief brings to the attention of the Court relevant matters that have not already been brought to its attention by the parties. Because of their experience in these matters, *amici* are well situated to brief the Court on the relevant concerns of the business community and the substantial significance of this case to the constituencies they represent.

WHEREFORE, the Equal Employment Advisory Council and Chamber of Commerce of the United States of America respectfully request leave to file a brief *amici curiae* submitted to the Court on January 23, 2012.

Respectfully submitted,

s/ *Rae T. Vann*
Rae T. Vann
*Counsel of Record*
Pro Hac Vice
NORRIS, TYSSE, LAMPLEY & LAKIS, LLP
1501 M Street, NW  Suite 400
Washington, DC 20005
rvann@ntll.com
(202) 629-5600

Attorneys for *Amici Curiae*
Equal Employment Advisory Council and
Chamber of Commerce of the United States
of America

OF COUNSEL:

Robin S. Conrad
NATIONAL CHAMBER
   LITIGATION CENTER, INC.
1615 H Street, N.W.
Washington, DC 20062
(202) 463-5337

3

## CERTIFICATE OF SERVICE

I, Rae T. Vann, hereby certify that on January 23, 2011, the Memorandum in Support of Motion for Leave to File Brief *Amici Curiae* of the Equal Employment Advisory Council and Chamber of Commerce of the United States of America in Opposition to Application for Order to Show Cause and in Support of Respondent Nestle Prepared Foods was filed with the Court via CM-ECF, which will send notification to the following counsel of record:

Aimee L. McFerren
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
600 Dr. Martin Luther King, Jr. Place
Suite 268
Louisville, KY 40202

Stephanie E. Lewis
Andreas N. Satterfield, Jr.
JACKSON LEWIS LLP
One Liberty Square
55 Beattie Place, Suite 800
Greenville, SC 29601

s/ *Rae T. Vann*
Rae T. Vann