# Exhibit B

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| Mr. Bob Elder<br>Human Resources Manager<br>NESTLE<br>150 Oak Grove Dr.<br>Mt Sterling, KY 40353 | PERSON FILING CHARGE<br><br>**Micheal Peel**<br>THIS PERSON (check one or both)<br>☐ Claims To Be Aggrieved<br>☐ Is Filing on Behalf of Other(s)<br><br>EEOC CHARGE NO.<br>**473-2010-00992** |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

☐ Title VII of the Civil Rights Act (Title VII)   ☐ The Equal Pay Act (EPA)   [X] The Americans with Disabilities Act (ADA)

☐ The Age Discrimination in Employment Act (ADEA)   [X] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. ☐ No action is required by you at this time.

2. ☐ Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **08-SEP-10** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [X] Please respond fully by **08-SEP-10** to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. ☐ EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by
to
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Thomas Feiertag,
Investigator
EEOC Representative
Telephone (513) 684-7337

Cincinnati Area Office
John W. Peck Fed. Bldg
550 Main St Room 10-019
Cincinnati, OH 45202

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION
☐ Race   ☐ Color   ☐ Sex   ☐ Religion   ☐ National Origin   ☐ Age   [X] Disability   ☐ Retaliation   [X] Genetic Information   ☐ Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| August 19, 2010 | Wilma L. Javey,<br>Director | *(signed)* |

*Enclosure with EEOC*
*Form 131 (11/09)*

# INFORMATION ON CHARGES OF DISCRIMINATION

## EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14   Preservation of records made or kept.** . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 207(f) of GINA, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

## NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>473-2010-00992 |
|---|---|---|

Kentucky Commission On Human Rights                                          and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Micheal Peel** | Home Phone (Incl. Area Code)<br>**(606) 336-4161** | Date of Birth<br>**08-02-1973** |
|---|---|---|
| Street Address<br>**2715 Moores Ferry Road,** | City, State and ZIP Code<br>**Salt Lick, KY 40371** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**NESTLE** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(859) 498-4300** |
|---|---|---|
| Street Address<br>**150 Oak Grove Drive,** | City, State and ZIP Code<br>**Mount Sterling, KY 40353** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☒ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **06-08-2010**   Latest **06-23-2010**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.  I have a disability. On June 8, 2010, I was sent home without pay. On June 9, 2010, I was called back to work after I was cleared to return to full duty by Dr. McGlothin, but I lost a day's pay. I was denied a reasonable accommodation soon after I was hired in March, 2010. On June 17, 2010, I was disciplined with a suspension and on June 23, 2010, I was discharged.

II. Bob Elder (Human Resources Manager) sent me home without pay and I was told that I needed a proper physical. Adam Whitamore (Line Leader) told me that I was discharged for taking an excessively long lunch break.

III. I believe that I have been discriminated against because of my disability and in retaliation for my prior complaint of employment discrimination in violation of the Americans with Disabilities Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>June 29 10     *Michael Peel*<br>Date          Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## REQUEST FOR INFORMATION

Charging Party: Micheal Peel
Respondent: NESTLE
EEOC Charge No.: 473-2010-00992
Relevant Period: January 1, 2010 to the present

1. Give the correct name and address of the facility named in the charge.

2. State the total number of persons who were employed by your organization during the relevant period. Include both full and part-time employees. How many employees are employed by your organization at the present time?

3. Supply an organizational chart, statement, or documents which describe your structure, indicating, if any, the relationship between it and superior and subordinate establishments within the organization.

4. Supply a statement or documents which identify the principal product or service of the named facility.

5. State the legal status of your organization, i.e., corporation, partnership, tax-exempt non-profit, etc. If incorporated, identify the state of incorporation.

6. Submit a written position statement on each of the allegations of the charge, accompanied by documentary evidence and/or written statements, where appropriate. Also include any additional information and explanation you deem relevant to the charge.

7. Submit copies of all written rules, policies and procedures relating to the issue(s) raised in the charge. If such does not exist in written form, explain the rules, policies and procedures.

Issue: DISCHARGE

1. If the charging party was discharged, submit the following:
   a. date of discharge,
   b. reason for discharge,
   c. statement of whether the charging party had any right of appeal, and whether the charging party made use of any appeal rights
   d. person recommending the discharge, including name, position held,
   e. person making final decision to discharge the charging party, including name, position held. Attach copy of any evaluation or investigation report relating to the discharge, and
   f. copies of all pertinent documents in the charging party's personnel file relating to the subject discharge.

2. Explain your discharge procedures in effect at the time of the alleged violation. If the procedures are in writing, submit a copy.

3. Submit copies of all written rules relating to employee duties and conduct. Explain how employees learn the contents and rules.

4. List all employees who committed the same or substantially similar offense(s) that the charging party committed and the disciplinary action taken against them. Supply backup documentation for the list. Include name, position title.

5. List all the employees discharged within the relevant period. For each employee, include employees name, position title, reason for and date of discharge, and a copy of the separation notice.

Issue: DISCIPLINE

1. Submit copies of and/or explain all written rules relating to employee duties, conduct, and discipline for the charging party's job classification or department during the relevant period of time. Explain how an employee learns the contents of the rules and disciplinary procedure. If the disciplinary system is progressive, explain its structure, penalties, and mode of operation.

2. Submit copies of all records considered in taking this most recent disciplinary action against the charging party. If an action is not documented by a written record, state the offense and the resulting action, and explain why it was not recorded. For each disciplinary action taken against the charging party for the relevant period, explain in detail when, how, and by whom the charging party was notified of each action, the nature of the action, dates, and reasons why action was taken. State the name, and position of the person responsible for taking each action.

3. List all employees who received disciplinary action during the relevant period in the charging party's job classification or department. Include employee's name, date of hire, whether probationary or not. For each person listed, describe each disciplinary action by:
   a. date of the disciplinary action(s)
   b. reason for disciplinary action(s),
   c. type of disciplinary action(s) taken,
   d. disciplinary record of employee prior to the instant issue, and
   e. person imposing the penalty, include name, position title

Submit all documents which relate to any and all of the above disciplinary actions taken against the individuals listed above.

Issue: HARASSMENT

1. State whether your organization has adopted any procedure by which an employee may register a complaint of harassment by co-workers or supervisors. If your answer is yes, describe and, if written,

submit a copy of such procedures. Explain how these procedures are communicated to employees and supervisory personnel.

2. State whether the charging party complained to any supervisor or manager regarding the conduct described in the Charge of Discrimination. If your answer is yes, identify the person or persons with whom the complaint was registered and describe each and every action taken by your organization in response to that complaint. Provide a copy of any written document which reflects the complaint and the action taken as a result of the complaint.

3. State whether any other individual has complained to any supervisor or manager concerning the conduct described in the Charge of Discrimination. If the answer is yes, please list the following:
    a. name, position, of individual placing the complaint,
    b. name, position, of supervisor or manager, and
    c. any actions taken by your organization in response to the complaint.
Provide a copy of any written document which reflects the complaint and the action taken as a result of the complaint.

4. Identify every individual who, to your knowledge, has information relevant to the allegations. For each such individual, provide the following:
    a. name, position,
    b. whether a present or former employee (if applicable), and
    c. address and telephone number.

5. Identify the other employees who worked with the charging party during the relevant period. Include:
    a. name, position,
    b. last known address and telephone.
Submit copies of daily assignment sheets, time cards, attendance and payroll records for the individuals listed in #5, including the charging party.

Issue: Medical Exam

1. State whether or not the charging party was required to take a second medical exam in about June 2010. If so, explain the reasons for the exam.

2. State whether or not the results of the medical exam were used to disclipine or terminate the charging party.

3. Submit all medical records for the charging party.

Issue: Genetic Information Non-Discrimination Act (GINA)

1. State whether or not company physicians or physcans under contract with the company have made any inquiries about family medical history to the charging party or any other employees.

2. Provide copies of all medical questionnaires or any other forms used to make medical inquiries by the company, or physicians under contract with the company.

3. Identify company physicians and physicians under contract with the company at any time from January 1, 2010 to the present by full name, type of medical practice, area of specialty, address, and phone number. If not on the list, include contact information for Dr. Robertson and Dr. McGlothlin.